IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                              4:09CR00278-07-WRW

SANTIAGO LOPEZ

ORDER

Pending is the Government's Motion to Dismiss Without Prejudice the Second Superseding Indictment as to the defendant Santiago Lopez (doc #275). The Motion is GRANTED. The Second Superseding Indictment, as well as the pre-trial release supervision, is dismissed as to the defendant, Santiago Lopez.

IT IS SO ORDERED this 26th day of July, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

orddismindictment.wpd